FILED
SECOND JUDICIAL COURT
8/11/2022 4:45 PM
RANDY POLLARD
CLERK OF THE CIRCUIT COURT
JEFFERSON COUNTY ILLINOIS

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
JEFFERSON COUNTY, ILLINOIS

| | |
|---|---|
| BARBARA PEOPLES, | ) |
| Plaintiff, | ) |
| v. | ) No. 2022LA29 |
| DG RETAIL, LLC d/b/a DOLLAR GENERAL, | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, BARBARA PEOPLES, by and through her attorneys, DEUTSCHMAN & SKAFISH, P.C., complaining of Defendant, DG RETAIL, LLC d/b/a DOLLAR GENERAL, and states as follows:

1. That on and prior to August 27, 2020, Defendant, DG RETAIL, LLC d/b/a DOLLAR GENERAL, was a foreign business entity duly licensed to transact business in Illinois.

2. That on and prior to August 27, 2020, Defendant owned, operated, controlled, maintained and managed a certain retail store known as DOLLAR GENERAL, which was known as Store no. 09780 and located at or near 421 S. Broadway, in the City of Mount Vernon, County of Jefferson, and State of Illinois.

3. That on August 27, 2020, the Plaintiff, BARBARA PEOPLES, was a business invitee upon the premises in question, as a patron of the Dollar General store.

4. That at all times mentioned herein, there was in full force and effect a certain statute of the State of Illinois commonly known as the Premises Liability Act, Chapter 740, Illinois Compiled Statutes, Section 130/1 *et sequitur* and this complaint is brought pursuant to this statute.

5. That at all times mentioned herein, Defendant, through its agents, servants and employees, had the duty to control, manage and maintain the premises in such a manner so as to avoid injury to persons lawfully upon said premises.

6. That on the aforementioned date, a dangerous and defective condition existed in that there was leaking water spilled on the floor of the store.

7. That Defendant had actual notice of the condition as it has been reported by another customer prior to Plaintiff's incident.

8. That Defendant failed to clean up the water or provide warnings to customers.

9. That on said date, the Plaintiff, while shopping at the store, was caused to slip and fall on the water described above.

10. That the Plaintiff was injured as a direct and proximate result of the negligence of the Defendant, through its authorized agents, servants and employees, in causing said condition and permitting said condition to exist and remain for an unreasonable length of time after Defendant knew or should have known of its existence.

11. That on and prior to August 27, 2020, the Defendant, DG RETAIL, LLC d/b/a DOLLAR GENERAL, by and through its duly authorized agents, servants and employees, was then and there guilty of one or more of the following negligent acts and/or omissions:

   (a) Causing their property to contain pooled up water on the floor of the store;

   (b) Allowing their property to contain pooled up water on the floor of the store;

   (c) Failing to remove the water from the floor within a reasonable amount of time;

   (d) Failing to block or barricade a dangerous condition on their property;

   (e) Failing to properly warn invitees of a dangerous condition on their property with signs, cones, or other warning devices; and

   (f) Being otherwise negligent in causing and allowing the hazardous and dangerous condition to exist.

12. That as a direct and proximate result of one or more of the foregoing wrongful and negligent acts and/or omissions of the Defendant, DG RETAIL, LLC d/b/a DOLLAR GENERAL, Plaintiff sustained personal injuries that are permanent in nature, has lost and will in the future lose financial gains to which she otherwise would have made and acquired, has been and will in the future be kept from attending to her ordinary affairs and duties, has been and will become liable for sums of money for hospital and medical care and attention.

WHEREFORE, Plaintiff, BARBARA PEOPLES, asks judgment of the Defendant, DG RETAIL, LLC d/b/a DOLLAR GENERAL, in a fair and reasonable sum not exceeding ($50,000.00) FIFTY THOUSAND DOLLARS, plus costs of this suit.

Respectfully submitted,

By: _____
ATTORNEYS FOR PLAINTIFF

Jeffrey S. Deutschman
Bradley A. Skafish
**DEUTSCHMAN & SKAFISH, P.C.**
77 West Washington Street - Suite 1525
Chicago, IL  60602
(312) 419-1600
jeff@deutschmanlaw.com
brad@deutschmanlaw.com